```
 1  MATTHEW G. JACOBS (Bar No. 122066)
    matthew.jacobs@dlapiper.com
 2  ALEXANDER M. MEDINA (Bar No. 222015)
    alexander.medina@dlapiper.com
 3  DLA PIPER US LLP
    400 Capitol Mall, Suite 2400
 4  Sacramento, CA  95814-4428
    Tel:  916.930.3200
 5  Fax:  916.930.3201

 6  Attorneys for Plaintiffs
    VIDEO GAMING TECHNOLOGIES, INC.,
 7  UNITED CEREBRAL PALSY OF GREATER
    SACRAMENTO, WIND YOUTH SERVICES,
 8  ROBERT FOSS, and JOAN SEBASTIANI

 9  ADDITIONAL COUNSEL LISTED ON
    FOLLOWING PAGE
10
```

ORIGINAL FILED
08 JUN -2 PM 1: 37

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EDL

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., dba VGT, Inc., a Tennessee Corporation; UNITED CEREBRAL PALSY OF GREATER SACRAMENTO, a California Non-Profit Corporation; WIND Youth Services, a California Non-Profit Corporation; ROBERT FOSS, an individual; JOAN SEBASTIANI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF GAMBLING CONTROL, a law enforcement division of the California Department of Justice; MATHEW J. CAMPOY, in his official capacity as the Acting Chief of the Bureau of Gambling Control,<br><br>Defendants. | Case No. CV 08 2748<br><br>PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS |

DLA PIPER US LLP

WEST\21417770.1   PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

| | |
|---|---|
| 1 | **ADDITIONAL COUNSEL** |
| 2 | GEORGE GIGOUNAS (Bar No. 209334) |
|   | george.gigounas@dlapiper.com |
| 3 | DEBORAH E. MCCRIMMON (Bar No. 229769) |
|   | deborah.mccrimmon@dlapiper.com |
| 4 | DLA PIPER US LLP |
|   | 153 Townsend Street, Suite 800 |
| 5 | San Francisco, CA 94107 |
|   | Tel: 415.836.2500 |
| 6 | Fax: 415.836.2501 |
| 7 | RAVINDER MEHTA (Bar No. 113805) |
|   | rmehta@capital-advocates.com |
| 8 | CAPITOL ADVOCATES |
|   | 1215 K Street, 17th Floor |
| 9 | Sacramento, CA 95814 |
|   | Tel: 916.486.1955 |
| 10 | Fax: 916.485.2509 |

DLA PIPER US LLP

WEST\21417770.1          PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

1  Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-16, the undersigned
2  certifies that the following listed persons, associations of persons, firms, partnerships,
3  corporations (including parent corporations) or other entities (i) have a financial interest in the
4  subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest
5  in that subject matter or in a party that could be substantially affected by the outcome of this
6  proceeding:

7  All persons and/or entities that benefit from charitable bingo played with electronic bingo
8  aids.

9  Dated: June 2, 2008

DLA PIPER US LLP

By _____
MATTHEW G. JACOBS
Attorney for Plaintiffs
VIDEO GAMING TECHNOLOGIES, INC.,
UNITED CEREBRAL PALSY OF GREATER
SACRAMENTO, WIND YOUTH SERVICES,
ROBERT FOSS, and JOAN SEBASTIANI