| | |
|---|---|
| 1 | MATTHEW G. JACOBS (Bar No. 122066)<br>matthew.jacobs@dlapiper.com |
| 2 | ALEXANDER M. MEDINA (Bar No. 222015)<br>alexander.medina@dlapiper.com |
| 3 | DLA PIPER US LLP<br>400 Capitol Mall, Suite 2400 |
| 4 | Sacramento, CA 95814-4428<br>Tel: 916.930.3200 |
| 5 | Fax: 916.930.3201 |
| 6 | GEORGE GIGOUNAS (Bar No. 209334)<br>george.gigounas@dlapiper.com |
| 7 | DEBORAH E. MCCRIMMON (Bar No. 229769)<br>deborah.mccrimmon@dlapiper.com |
| 8 | DLA PIPER US LLP<br>153 Townsend Street, Suite 800 |
| 9 | San Francisco, CA 94107<br>Tel: 415.836.2500 |
| 10 | Fax: 415.836.2501 |
| 11 | Attorneys for Plaintiffs |
| 12 | VIDEO GAMING TECHNOLOGIES, INC.,<br>UNITED CEREBRAL PALSY OF GREATER |
| 13 | SACRAMENTO, WIND YOUTH SERVICES,<br>ROBERT FOSS, and JOAN SEBASTIANI |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

VIDEO GAMING TECHNOLOGIES, INC., dba VGT, Inc., a Tennessee Corporation; UNITED CEREBRAL PALSY OF GREATER SACRAMENTO, a California Non-Profit Corporation; WIND Youth Services, a California Non-Profit Corporation; ROBERT FOSS, an individual; JOAN SEBASTIANI, an individual,

    Plaintiffs,

    v.

BUREAU OF GAMBLING CONTROL, a law enforcement division of the California Department of Justice; MATHEW J. CAMPOY, in his official capacity as the Acting Chief of the Bureau of Gambling Control,

    Defendants.

CASE 08 2748

DECLARATION OF ROBERT FOSS IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION

Date:
Time:
Dept.:
Judge:

I, Robert Foss, declare as follows:

1. I am a resident of the City of Sacramento in Sacramento County, California. I am 68 years of age. I have personal knowledge of the facts below and, if called as a witness, could and would competently testify thereto. I submit this declaration in support of my (and other plaintiffs') Motion for a Temporary Restraining Order and for Order to Show Cause for Preliminary Injunction.

2. I am legally blind (with extremely low vision) and have been since 2002. After working for PG&E for 30 years, I left the company in 1989. I spent the subsequent time working part-time and traveling for recreation quite a bit. I also sometimes visited bingo halls in the San Francisco Bay Area to play charity bingo.

3. When I lost nearly all of my vision in 2002, it was difficult to make the adjustment to living without normal eyesight. One thing that has helped quite a bit is my involvement with the Society for the Blind (SFB). For approximately 3 years, I have been active with SFB. First, I received training in non-sighted living skills from SFB. Then, I began training and mentoring other blind people myself.

4. One of SFB's important sources of revenue is their charity bingo operation. At least four days a week (Monday, Tuesday, Wednesday and Saturday), SFB hosts charity bingo events at the Sacramento Bingo Center at 3399 Arden Way in Sacramento. Since at least June of 2007, I have been volunteering at the bingo events, helping SFB to run its bingo games and to host guests who come to play. I volunteer at SFB's charity bingo events four days a week: Monday, Tuesday and Wednesday from 5 p.m. to 9:30 p.m., and Saturday from 10 a.m. to 4 p.m.

5. When I am volunteering, I also sometimes enjoy actually competing in bingo games on the electronic bingo aids that are at issue in this case. I am informed and believe that the electronic bingo aids I use are manufactured by Video Gaming Technologies, Inc. Once you know your way around them, the electronic bingo aids are relatively easy for blind and low-vision people to use. The machines have large screen displays that I can interpret, they make certain sounds when your electronic cards contain the electronically called number, and you have a

-2-

"daub" button to press that automatically daubs those numbers. The machines make other sounds when your card hits a winning bingo pattern and then, to win the game, you have to press the button to call your bingo before any other winner does.

6. Not only do I enjoy playing bingo with these electronic bingo aids, but I have also encountered multiple other blind people who also play on these machines. Once an assistant or host describes to them how to play, they can play for as long as they like against whoever else is playing, blind or sighted.

7. I am able to effectively compete at bingo with sighted individuals when the game is played using electronic bingo aids. That way, I can identify called squares and winning patterns just as quickly as my sighted competitors. These electronic bingo aids put me on a level playing field with sighted individuals.

8. Non-electronic bingo aids, such as Braille bingo cards, raised numbers or other tactile-function bingo cards, would limit my ability to compete at bingo with sighted individuals. I would not be able to locate squares with called numbers or identify winning bingo patterns quickly enough to win. Of course, the same limitations would apply to other blind participants that I have observed at our SFB charity bingo games.

9. I enjoy playing bingo games on these electronic bingo aids and I plan to continue playing and volunteering at SFB bingo nights for the foreseeable future. It is a fun and exciting activity for me. I derive enjoyment from winning but, more importantly, I derive enjoyment from knowing that, if I choose, I can compete in the same games that I spend so much time supporting with my volunteer efforts.

10. It is very satisfying to me to know that the bingo games I help facilitate are open and accessible to blind people. I like knowing that the revenue from my bingo play is helping SFB and blind people in my community. I am quite sure that other blind bingo participants feel the same way.

DLA Piper US LLP

WEST\21408561.2

-3-
DECLARATION OF ROBERT FOSS IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTION

11. It would deeply offend and embarrass me if my access to playing bingo against and on the same level as sighted people were restricted or eliminated. I would lose a lot of the enjoyment I get from volunteering for bingo night if I and other blind folks were limited in our ability to compete against sighted participants.

I declare under penalty of perjury under the laws of the State of California that on the date written below, this statement was read to me and I understand its contents. I further declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this _____ day of June, 2008.

_____
Robert Foss

I, Robert Kelly, certify that I read this Declaration to Robert Foss for verification before Mr. Foss signed the Declaration. Mr. Foss stated that he fully understands and agrees with all of the facts recited in this Declaration, as read by me.

Executed on this 1st day of June, 2008.

_____
NAME: