1  MATTHEW G. JACOBS (Bar No. 122066)
   matthew.jacobs@dlapiper.com
2  ALEXANDER M. MEDINA (Bar No. 222015)
   alexander.medina@dlapiper.com
3  DLA PIPER US LLP
   400 Capitol Mall, Suite 2400
4  Sacramento, CA 95814-4428
   Tel: 916.930.3200
5  Fax: 916.930.3201

6  GEORGE GIGOUNAS (Bar No. 209334)
   george.gigounas@dlapiper.com
7  DEBORAH E. MCCRIMMON (Bar No. 229769)
   deborah.mccrimmon@dlapiper.com
8  DLA PIPER US LLP
   153 Townsend Street, Suite 800
9  San Francisco, CA 94107
   Tel: 415.836.2500
10 Fax: 415.836.2501

11 Attorneys for Plaintiffs
   VIDEO GAMING TECHNOLOGIES, INC.,
12 UNITED CEREBRAL PALSY OF GREATER
   SACRAMENTO, WIND YOUTH SERVICES,
13 ROBERT FOSS, and JOAN SEBASTIANI

E-filing

EDL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., dba VGT, Inc., a Tennessee Corporation; UNITED CEREBRAL PALSY OF GREATER SACRAMENTO, a California Non-Profit Corporation; WIND Youth Services, a California Non-Profit Corporation; ROBERT FOSS, an individual; JOAN SEBASTIANI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF GAMBLING CONTROL, a law enforcement division of the California Department of Justice; MATHEW J. CAMPOY, in his official capacity as the Acting Chief of the Bureau of Gambling Control,<br><br>Defendants. | CASE NO. CV 08 2748<br><br>DECLARATION OF JOAN SEBASTIANI IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION<br><br>Date:<br>Time:<br>Dept.:<br>Judge: |

I, Joan Sebastiani, declare as follows:

1. I am a resident of the City of Sacramento in Sacramento County, California. I am 65 years of age. I have personal knowledge of the facts below and, if called as a witness, could and would competently testify thereto. I submit this declaration in support of my (and other plaintiffs') Motion for a Temporary Restraining Order and for Order to Show Cause for Preliminary Injunction.

2. I am completely paralyzed on the left side of my body and have been since I suffered a stroke in 1994. I use a wheelchair to get around, along with assistance from friends and professionals. I live in an assisted living facility in Sacramento. For quite a while prior to last year, due to my disability, I have had very little social interaction with the outside community.

3. The Sacramento Bingo Center opened on 3399 Arden Way, very close to my home, in approximately May of 2007. Ever since then, I have been attending bingo at that facility. I usually play four or five times per month, for a few hours at a time, depending on whether I win and how much. I plan to continue playing bingo at that facility as long as I am able.

4. I really enjoy playing bingo at the Sacramento Bingo Center. I usually go with a friend, and I like the atmosphere and social environment. I also like the fact that if I don't win, the money I spend benefits a charity. Going to play bingo is typically my only significant social engagement during the month, and I look forward to each outing.

5. When I play bingo, I *only* play using electronic bingo aids. I cannot play bingo using paper cards, due to my disability. The numbers are called too quickly for me to be able to daub cards or to recognize winning patterns and call them out right away. Further, I am unable to lift my head up very far and unable to see the number board in a paper bingo game. The easy function of the electronic bingo aids allows me to compete in bingo games against able-bodied people.

6. I am informed and believe that among the electronic bingo aids I use are those manufactured by Video Gaming Technologies, Inc., and that the Attorney General claims these electronic bingo aids are illegal, and is threatening to seize them all.

7. If the electronic bingo aids that I play on were taken away, I certainly would no longer be able to make my bingo outings. I cannot manipulate paper cards, locate, or daub squares with called numbers, or identify winning bingo patterns quickly enough to win in an "all paper" bingo game. Bingo using electronic bingo aids is a fun and exciting activity for me. I enjoy winning and I enjoy the access to the social atmosphere.

8. It would harm and sadden me if my access to playing bingo were restricted or eliminated. I would lose the most important social activity that I currently have. It is very important to me that the electronic bingo aids that I use remain available to me so that I can have access to and enjoy charitable bingo just like able-bodied individuals can.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this __6/3/08__ day of June, 2008.

_/s/ Joan Sebastiani_
Joan Sebastiani