AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 6/2/2008 |
| NAME OF SERVER (PRINT) Jill E. Williamson | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
    Bureau of Gambling Control, Department of Justice
    1425 River Park Drive, Suite 400, Sacramento, CA 95814

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):
    Served: Mathew J. Campoy, On: 6/02/2008; At: 4:55 P.M. (PDT).
    (See Attached List of Documents Served)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $55.00 | TOTAL $55.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    6/3/2008      _[signature]_
            Date                  Signature of Server

                          3000 T Street, Suite 200, Sacramento, CA 95816
                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ATTACHMENT TO RETURN OF SERVICE (AO 440)

<u>Case Number</u>:  CV 08-2748

<u>Case Name</u>:   Video Gaming Technologies, Inc., dba VGT, Inc., a Tennessee Corporation, et al.

1. Summons In A Civil Action
2. Civil Cover Sheet
3. Complaint For Declaratory And Injunctive Relief
4. Plaintiff's Ex Parte Motion for Temporary Restraining Order And Order To Show Cause Regarding Preliminary Injunction And Memorandum Of Points and Authorities In Support Thereof
5. Declaration Of Alexander M. Medina In Support Of Plaintiff's Motion For Temporary Restraining Order And For Order To Show Cause For Preliminary Injunction
6. Declaration Of Steve Wilson In Support Of Plaintiff's Motion For Temporary Restraining Order And For Order To Show Cause For Preliminary Injunction
7. Declaration Of Harland Goodson In Support Of Plaintiff's Motion For Temporary Restraining Order And For Order To Show Cause For Preliminary Injunction
8. Declaration Of Doug Bergman In Support Of Plaintiff's Motion For Temporary Restraining Order And For Order To Show Cause For Preliminary Injunction
9. Declaration Of Robert Foss In Support Of Plaintiff's Motion For Temporary Restraining Order And For Order To Show Cause For Preliminary Injunction
10. Declaration Of Joan Sebastiani In Support Of Plaintiff's Motion For Temporary Restraining Order And For Order To Show Cause For Preliminary Injunction
11. Declaration Of Robert Eckstrom In Support Of Plaintiff's Motion For Temporary Restraining Order And For Order To Show Cause For Preliminary Injunction
12. [Proposed] Temporary Restraining Order And Order To Show Cause Re Preliminary Injunction
13. Plaintiff's Certificate Of Interested Entities Or Persons
14. Order Setting Initial Case Management Conference And ADR Deadlines
15. Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge
16. Notice Of Impending Reassignment To A United States District Court Judge
17. Standing Order Regarding Case Management Conference
18. Reassignment Order