**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., dba VGT, INC. a Tennessee Corp., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BUREAU OF GAMBLING CONTROL, a law enforcement division of the California Dept. of Justice, *et al.*,<br><br>　　　　Defendants. | No.  C 08-02748 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE RE. TRANSFER** |

The parties are ORDERED to file briefs of no more than five pages, with the Court, **by 1:00 p.m., on June 4, 2008,** stating why the Court should or should not transfer this matter to the Eastern District of California, under 28 U.S.C. 1404(a).  In the alternative, plaintiffs may withdraw this matter and re-file it in the Eastern District.

IT IS SO ORDERED.

June 4, 2008

　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　Saundra Brown Armstrong
　　　　　　　　　　　　　　　　　　　United States District Judge