| | |
|---|---|
| 1 | MATTHEW G. JACOBS (Bar No. 122066) |
|   | matthew.jacobs@dlapiper.com |
| 2 | ALEXANDER M. MEDINA (Bar No. 222015) |
|   | alexander.medina@dlapiper.com |
| 3 | DLA PIPER US LLP |
|   | 400 Capitol Mall, Suite 2400 |
| 4 | Sacramento, CA  95814-4428 |
|   | Tel:  916.930.3200 |
| 5 | Fax:  916.930.3201 |
| 6 | Attorneys for Plaintiffs |
|   | VIDEO GAMING TECHNOLOGIES, INC., |
| 7 | UNITED CEREBRAL PALSY OF GREATER |
|   | SACRAMENTO, WIND YOUTH SERVICES, |
| 8 | ROBERT FOSS, and JOAN SEBASTIANI |
| 9 | ADDITIONAL COUNSEL LISTED ON |
|   | FOLLOWING PAGE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., dba VGT, Inc., a Tennessee Corporation; UNITED CEREBRAL PALSY OF GREATER SACRAMENTO, a California Non-Profit Corporation; WIND Youth Services, a California Non-Profit Corporation; ROBERT FOSS, an individual; JOAN SEBASTIANI, an individual, <br><br>       Plaintiffs, <br><br>       v. <br><br>BUREAU OF GAMBLING CONTROL, a law enforcement division of the California Department of Justice; MATHEW J. CAMPOY, in his official capacity as the Acting Chief of the Bureau of Gambling Control, <br><br>       Defendants. | CASE NO.  4:08-cv-2748 SBA <br><br> VOLUNTARY DISMISSAL WITHOUT PREJUDICE <br><br> [F.R.C.P. 41(a)] |

**ADDITIONAL COUNSEL**

GEORGE GIGOUNAS (Bar No. 209334)
george.gigounas@dlapiper.com
DEBORAH E. MCCRIMMON (Bar No. 229769)
deborah.mccrimmon@dlapiper.com
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107
Tel:  415.836.2500
Fax:  415.836.2501

RAVINDER MEHTA (Bar No. 113805)
rmehta@capital-advocates.com
CAPITOL ADVOCATES
1215 K Street, 17th Floor
Sacramento, CA 95814
Tel: 916.486.1955
Fax: 916.485.2509

DLA PIPER US LLP

WEST\21427319.1

VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 4:08-CV-2748 SBA

1 | TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 | PLEASE TAKE NOTICE THAT plaintiffs VIDEO GAMING TECHNOLOGIES, INC.,
3 UNITED CEREBRAL PALSY OF GREATER SACRAMENTO, WIND Youth Services,
4 ROBERT FOSS, and JOAN SEBASTIANI hereby dismiss without prejudice all claims in this
5 matter.

6 | Respectfully submitted,

7 | Dated: June 4, 2008

8 | DLA PIPER US LLP

10 | By _____ /s/ _____
MATTHEW G. JACOBS
Attorney for Plaintiffs
11 VIDEO GAMING TECHNOLOGIES, INC.,
UNITED CEREBRAL PALSY OF GREATER
12 SACRAMENTO, WIND YOUTH SERVICES,
ROBERT FOSS, and JOAN SEBASTIANI

DLA PIPER US LLP

WEST\21427319.1

-1-
VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 4:08-CV-2748 SBA