**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

VIDEO GAMING TECHNOLOGIES, INC., dba VGT, INC. a Tennessee Corp., *et al.*,

    Plaintiffs,

v.

BUREAU OF GAMBLING CONTROL, a law enforcement division of the California Dept. of Justice, *et al.*,

    Defendants.

No. C 08-02748 SBA

**ORDER**

[Docket No. 19]

Based on all plaintiffs' voluntary dismissal of all claims in this matter, *see* Docket No. 19, the Clerk of Court is directed to VACATE all pending dates in this and any related matters, and CLOSE the case file and any pending matters related to it.

IT IS SO ORDERED.

June 4, 2008

                                           Saundra Brown Armstrong
                                           United States District Judge